ORIGINAL 

**Kenneth R. Davis II**, OSB No. 971132
davisk@lanepowell.com
**Parna A. Mehrbani**, OSB No. 053235
mehrbanip@lanepowell.com
**LANE POWELL** PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

FILED13 OCT '11 16:18USDC-ORP

Attorneys for Plaintiff Hearthside Food Solutions, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

CV'11 - 1238 HU

| | |
|---|---|
| **HEARTHSIDE FOOD SOLUTIONS, LLC,**<br>a Delaware Limited Liability Company, | CV No._____ |
| Plaintiff, | PLAINTIFF HEARTHSIDE FOOD SOLUTIONS, LLC'S CORPORATE DISCLOSURE STATEMENT |
| v. | |
| **BIBIJI INDERJIT KAUR PURI,** | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Hearthside Food Solutions, LLC states makes the following disclosures:

Hearthside Holdco, LLC is the parent of Hearthside Food Solutions, LLC.

PAGE 1 -   PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Hearthside Food Solutions, LLC is not publicly traded, and no publicly owned corporation owns more than 10% of its stock.

DATED:  October 13, 2011

LANE POWELL PC

By_____
Kenneth R. Davis II, OSB No. 971132
Parna A. Mehrbani, OSB No. 053235
Telephone:  503.778.2100
Attorneys for Plaintiff Hearthside Food Solutions, LLC

PAGE 2 -   PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT